IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10558
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BILLY DELBERT DICKEY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:93-CV-167-C
- - - - - - - - - -
September 2, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Billy Delbert Dickey, prisoner #59036-079, appeals from the district court's denial of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Dickey argues that he received ineffective assistance of counsel. He contends that his attorney erroneously advised him to plead guilty to one count of money laundering because information regarding the money laundering offense had been obtained during his debriefing in violation of the terms of the plea agreement and that his attorney failed to investigate the type of methamphetamine upon

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

which Dickey's conviction was based.  We have reviewed the record and find no reversible error.  Accordingly, the judgment of the district court is AFFIRMED.